# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**B.J.,** the father,
Appellant,

v.

**DEPARTMANT OF CHILDREN AND FAMILIES** and
**GUARDIAN AD LITEM,**
Appellees.

No. 4D2023-2348

[February 12, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael J. Linn, Judge; L.T. Case No. 562023DP000089C.

Antony P. Ryan, Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, West Palm Beach, for appellant.

Andrew Feigenbaum, Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, Statewide Guardian Ad Litem Office, Tallahassee, for appellee Guardian ad Litem.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***